<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

―――――――――――

**No. 01-7006**

―――――――――――

BENJAMIN CHARLES ASHLEY,

                              Petitioner - Appellant,

     versus

RONALD J. ANGELONE, Director of the Virginia
Department of Corrections,

                              Respondent - Appellee.

―――――――――――

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk.  Rebecca B. Smith, District Judge. (CA-00-913-2)

―――――――――――

Submitted:  October 3, 2001          Decided:  October 31, 2001

―――――――――――

Before WILKINS, LUTTIG, and KING, Circuit Judges.

―――――――――――

Dismissed by unpublished per curiam opinion.

―――――――――――

Benjamin Charles Ashley, Appellant Pro Se.  Linwood Theodore Wells, Jr., Assistant Attorney General, Richmond, Virginia, for Appellee.

―――――――――――

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Benjamin Charles Ashley appeals the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 2001). We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. Ashley v. Angelone, No. CA-00-913-2 (E.D. Va. May 31, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2